# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DADRAIN BANKS                                                                                 PLAINTIFF

v.                              CASE NO: 4:19CV00352-JM-JJV

TURN KEY MEDICAL                                                   DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. Mr. Banks did file some exhibits relating to a disciplinary action against him in the Pulaski County Regional Detention Facility and his classification within that facility (Doc. No. 6) and a calculation of initial payment filing fee (Doc. No. 7). These filings do not address the basis for the dismissal in the Recommended Disposition. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. Plaintiff's motion for copies (Doc. No. 8) is DENIED as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 9th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE