# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DADRAIN BANKS**                                                                 **PLAINTIFF**

**v.**                              **CASE NO: 4:19CV00352-JM-JJV**

**TURN KEY MEDICAL**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 9th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE